UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VALERIE ANN BARBOUR,

    Plaintiff,

v.                                         Case No. 1:20-cv-317

                                                Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is **AFFIRMED**.

    **IT IS SO ORDERED**.

Dated:  September 21, 2021                          /s/ Ray Kent
                                                                        United States Magistrate Judge